## GEORGE W. SELBY *versus* MICHAEL HAHN

JOURNAL ENTRIES (1815): *Journal 2:* (1) Discontinued *p. 440.
PAPERS IN FILE: (1) Capias and return; (2) due bill.
*Office Docket*, MS p. 10, c. 10.

## WARREN FENTON *versus* ANDREW WESTBROOK

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 440;
(2) special bail, declaration filed, rule to plead, continued *p. 453; (3) sur-
render in discharge of bail, defendant discharged *p. 504; (4) discon-
tinued *p. 661.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declara-
tion; (4) commission to take depositions; (5) letter to court from Daniel
Springer, J. P.; (6) Affidavit for continuance.
*Office Docket*, MS p. 7, c. 1; p. 35, c. 5.